STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CHARLES McCULLOUGH, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Mr. Charles McCullough,* in propria persona.

*Mr. Mitchell H. Cohen* and *Mr. Benjamin Asbell* for the respondent.

September 8, 1952.   Denied.

CLINTON MILK CO., PLAINTIFF-RESPONDENT, v. MAY'S DAIRY COMPANY, INC., DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 19 *N. J. Super.* 559.

*Mr. Isadore Glauberman* for the petitioner.

*Mr. Louis Asarnow* for the respondent.

September 8, 1952.   Denied.